389 U.S. 216
 88 S.Ct. 416
 19 L.Ed.2d 422
 GREYHOUND LINES, INC.
v.
UNITED STATES et al.
 No. 555.
 Supreme Court of the United States
 October Term 1967.
 December 4, 1967
 
 Amos Mathews and Robert J. Bernard, for appellant.
 Solicitor General Griswold, Assistant Attorney General Turner, Howard E. Shapiro, Robert W. Ginnane and Raymond M. Zimmet, for appellees the United States and others.
 John L. Arrington, Jr., for appellee Missouri, Kansas & Oklahoma Coach Lines.
 PER CURIAM.
 
 
 1
 The motions to affirm are granted and the judgment is affirmed.
 
 
 2
 Mr. Justice DOUGLAS is of the opinion that probable jurisdiction should be noted.